It is so ordered. This matter is hereby dismissed without prejudice.
/s/ John R. Adams
U.S. District Judge
12/4/18

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# AKRON DIVISION

HARRY KALUSTIAN, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

GOODYEAR TIRE & RUBBER CO.,

    Defendant.

Case No.: 5:18-cv-2592

Judge John R. Adams

## NOTICE OF DISMISSAL

According to F.R.C.P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this lawsuit.

Dated: December 3, 2018

Respectfully submitted,

By:    */s/Daniel R. Karon*
Daniel R. Karon (#0069304)
Beau D. Hollowell (#0080704)
**KARON LLC**
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Telephone: (216) 622-1851
E-mail:    dkaron@karonllc.com
            bhollowell@karonllc.com

Joseph G. Sauder[*]
Matthew D. Schelkopf
Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
555 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0580
Facsimile: (610) 727-4360
E-Mail:   jgs@sstriallawyers.com

1